JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANORADIANNE ROBINSON, | Case No. EDCV 20-1080-JPR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing the Commissioner's decision and remanding the case for further proceedings is GRANTED; (2) Defendant's request for an order affirming the Commissioner's final decision is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: June 14, 2021

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE