1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**
                           **CENTRAL DISTRICT OF CALIFORNIA**
9

10   ELEANORADIANNE ROBINSON,       )   Case No.: 5:20-cv-01080-JPR
                                     )
11            Plaintiff,             )   ORDER AWARDING EQUAL
                                     )   ACCESS TO JUSTICE ACT
12       vs.                         )   ATTORNEY FEES AND EXPENSES
                                     )   PURSUANT TO 28 U.S.C. § 2412(d)
13   ANDREW SAUL,                    )   AND COSTS PURSUANT TO 28
     Commissioner of Social Security,)   U.S.C. § 1920
14                                   )
              Defendant              )
15                                   )
                                     )
     _____ )
16

17        Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19        IT IS ORDERED that fees and expenses in the amount of $4,000.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE: March 11, 2022

23                                   _____
                                     THE HONORABLE JEAN P. ROSENBLUTH
24                                   UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF LAWRENCE D. ROHLFING

3      /s/ *Brian C. Shapiro*

   _____
4  Brian C. Shapiro
   Attorney for plaintiff Eleanoradianne Robinson
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26